IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00003-MR

| | |
|---|---|
| RAMAR DION BENJAMIN CRUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FNU DOTSON, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 complaining about incidents that allegedly occurred at the Marion Correctional Institution, where he is presently incarcerated. The Complaint passed initial review on claims against Defendants Dotson and Brookshire, and the remaining claims were dismissed. The Plaintiff was granted 30 days to amend the Complaint. He was informed that, if he failed to do so, the matter would proceed solely against Defendants Dotson and Brookshire.

The time to amend has expired, and no Amended Complaint has been filed. Therefore, the matter will proceed solely against Defendants Dotson and Brookshire. The Court's Local Civil Rule 4.3 sets forth the procedure to waive service of process for current or former employees of NCDPS in

actions filed by North Carolina State prisoners. In light of the Court's determination that this case passes initial review, the Court will order the Clerk of Court to commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Dotson and Brookshire, who are both alleged to be current or former employees of NCDPS.

The Clerk will also be instructed to mail the Plaintiff a copy of the Opt-In/Opt-Out form pursuant to the Standing Order in Misc. Case No. 3:19-mc-00060-FDW.

**IT IS, THEREFORE, ORDERED** that:

(1) The Clerk shall commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendants Dotson and Brookshire, who are alleged to be current or former employees of NCDPS.

(2) The Clerk is respectfully instructed to mail the Plaintiff a copy of the Opt-In/Opt-Out form pursuant to the Standing Order in Misc. Case No. 3:19-mc-00060-FDW.

**IT IS SO ORDERED.**

Signed: August 11, 2021

Martin Reidinger
Chief United States District Judge